1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 172332)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234

8  Attorneys for United States of America

**FILED**
AUG 3 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

**JCS**

3 06 70563

13  IN THE MATTER OF                       )   No.
    THE CRIMINAL COMPLAINTS,                )
14  ARREST WARRANTS,                        )   UNITED STATES' APPLICATION TO SEAL
    SEARCH WARRANTS, AND A                  )   CRIMINAL COMPLAINTS, ARREST
15  ANTICIPATORY SEARCH WARRANTS,           )   WARRANTS, SEARCH WARRANTS, AND
    AND AFFIDAVITS AND                      )   ANTICIPATORY SEARCH WARRANTS,
16  ATTACHMENTS                             )   AND AFFIDAVITS AND ATTACHMENTS
    IN SUPPORT OF SAME                      )   IN SUPPORT OF SAME; [PROPOSED]
17                                          )   ORDER GRANTING APPLICATION TO
                                            )   SEAL
                                            )
18  _____            SAN FRANCISCO VENUE

21      Now comes the United States of America, by and through its counsel, the United States

22  Attorney for the Northern District of California, and moves this Court for an Order sealing the

23  CRIMINAL COMPLAINT, ARREST WARRANTS, SEARCH WARRANTS, AND

24  ANTICIPATORY SEARCH WARRANTS, AND AFFIDAVITS AND ATTACHMENTS IN

25  SUPPORT OF SAME in the above-captioned and numbered matter until further motion from the

26  ////

27  ////

28  ////

SEALING APPLICATION
[SEARCH WARRANT]

1  government, or otherwise ordered by the Court. The United States makes this application in
2  order to prevent the flight of the defendants and/or destruction of evidence in advance of
3  execution of search warrants, anticipatory search warrants, and arrests on the warrants to be
4  issued in connection with the Criminal Complaint. The United States requests that the Court
5  order the Clerk of the Court to furnish copies of the application and search warrant to the United
6  States Attorney's Office and to special agents of the Drug Enforcement Administration.

8  DATED: August 30, 2006                                  Respectfully submitted,

9                                                          KEVIN V. RYAN
                                                           United States Attorney

12                                                         _____
13                                                         TIMOTHY J. LUCEY
                                                           Assistant United States Attorney

15  Good causing appearing therefor, it is hereby ordered that the CRIMINAL
16  COMPLAINT, ARREST WARRANTS, SEARCH WARRANTS, AND ANTICIPATORY
17  SEARCH WARRANTS, AND AFFIDAVITS AND ATTACHMENTS IN SUPPORT OF
18  SAME for the matter number(s) __3  06  70563__, the United States Application to
19  Seal, this Order and all related papers be filed and maintained under seal until further motion of
20  the government, or further order of this Court. The Clerk of the Court is ordered to furnish
21  copies of the aforesaid documents in this matter to the United States Attorney's Office and to
22  special agents of the Drug Enforcement Administration.

24  DATED: __8/30__, 2006

26                                                         _____
27                                                         JOSEPH C. SPERO
                                                           United States Magistrate Judge