1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2
     MARK L. KROTOSKI (CSBN 138549)
3    Chief, Criminal Division

4    TIMOTHY J. LUCEY (CSBN 172332)
     Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, CA, 94102
        Telephone: 415-436-7152
7       Facsimile: 415-436-7234
        E-mail: Timothy.Lucey@usdoj.gov
8
     Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13   UNITED STATES OF AMERICA,              )
                                            )    No.  CR 06 - 0647 CRB
14                      Plaintiff,          )
                   v.                       )
15                                          )
                                            )
16   JAVIER TAMAYO, *et al.*                )
                                            )
17                                          )
                        Defendants.         )
18   _____       )

19   UNITED STATES OF AMERICA,              )
                                            )
20                      Plaintiff,          )    No.  CR 06 - 0648 CRB
                                            )
21                 v.                       )
                                            )    STIPULATION AND [PROPOSED]
22   JOSE CAMPOS,                           )    ORDER
                                            )
23                                          )
                        Defendant.          )
24   _____       )

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
*United States v. Tamayo, et al.; United States v. Campos,*
[CR 06 - 0647 CRB; CR 06 - 0648 CRB]

1    WHEREAS, the parties are scheduled to appear before this Court for a status hearing and

2    possible trial setting in the above-entitled matters, which have been previously related together

3    by this Court, on Wednesday, January 9, 2007, at 2:15 p.m.;

4    WHEREAS, the defendants have requested a number of discovery items from the

5    government, some of which involve the identity of confidential sources on pending criminal

6    investigation(s);

7    WHEREAS, the government has now advised counsel for the defense that such pending

8    criminal investigation may have action taken upon them within the next 30 days or less, such

9    that the government may then be in a position to disclose some or all of the identities of such

10   confidential sources requested by the defense without the need for motion practice on the issue

11   of the identities of such confidential sources;

12   WHEREAS, in light of this development, the parties are in agreement that a short

13   continuance of this matter is in the best interest of the defendants and the Court in seeking an

14   efficient use of the Court's resources, by reducing or even eliminating entirely the need for

15   motions and/or a hearing on the issue of confidential sources and further the goals of having

16   parties meeting-and-conferring on discovery issues without the need for judicial intervention;

17   WHEREAS, Assistant Federal Public Defender Elizabeth Falk, counsel for defendant

18   Jose Campos, is beginning trial in another matter that is expected to continue for several weeks,

19   until approximately early February 2007, such that she will be available to consult with her

20   client and work on this matter until such trial is completed, which is expected for early next

21   month;

22   WHEREAS, the parties, including each of the defendants, are in agreement that time on

23   the Speedy Trial Clock should be excluded based on effective preparation of counsel and in the

24   best interests of justice until the next call of the case, in approximately 30 days;

25   THEREFORE, the parties jointly request and hereby stipulate that the matter be

26   continued until Wednesday, February 14, 2007, at 2:15 p.m., before this Court and that time be

27   excluded under the Speedy Trial Clock based on the need for effective preparation of counsel as

28   well as continuity of counsel and that the ends of justice served by the granting of such

STIPULATION AND [PROPOSED] ORDER
*United States v. Tamayo, et al.; United States v. Campos,*
[CR 06 - 0647 CRB; CR 06 - 0648 CRB]

1  continuance outweigh the best of the public and the defendant in a speedy trial, pursuant to 18

2  U.S.C. §§ 3161(h)(8)(A), (B)(iv).

3

4  **IT IS SO STIPULATED.**

5

6  BARRY J. PORTMAN                          KEVIN V. RYAN
   Federal Public Defender                   United States Attorney

7

8  _Elizabeth Falk_

9  ELIZABETH FALK                            TIMOTHY LUCEY
   for Defendant Jose Campos                 Assistant United States Attorney

10

11

12

13  TAMOR & TAMOR                            O'MELVENY & MYERS LLP

14

15

16  RICHARD TAMOR                            COLLEEN KENNEDY
   for Defendant Javier Tamayo              for Defendant Julio Palominos

17

18

19  **IT IS SO ORDERED.**

20

21

22  Dated:   January 12, 2007

23                                          HONORABLE CHARLES R. BREYER

24                                          IT IS SO ORDERED

25                                          Judge Charles R. Breyer

26

27

28

STIPULATION AND [PROPOSED] ORDER
*United States v. Tamayo, et al.; United States v. Campos,*
[CR 06 - 0647 CRB; CR 06 - 0648 CRB]