1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

5

450 Golden Gate Avenue, 11th Floor
6 | San Francisco, California 94102
Telephone: (415) 436-7152
7 | Facsimile: (415) 436-7234
E-mail: Timothy.Lucey@usdoj.gov

8

Attorneys for United States of America

9

FILED
FEB - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff,         v.    DOMINGO TAMAYO, JR., JAVIER TAMAYO, JOSE CAMPOS,     aka Jose-Padilla Campos, JULIO PALOMINOS,     aka Julio Palomares,     aka Jose Palominos,     aka Jose Palomares, CRISTOBOL TAMAYO, RICHARD MORENO, EDWARD SOUZA, and, CAROLINA PALOMARES,                Defendants. | No.   CR 06 - 0647 CRB  UNITED STATES' APPLICATION TO SEAL FIRST SUPERSEDING INDICTMENT; [PROPOSED] ORDER  SAN FRANCISCO VENUE  **UNDER SEAL** |

**SEALING APPLICATION AND [PROPOSED] ORDER**
[*United States v. Tamayo, et al.*]

Now comes the United States of America, by and through its counsel, the United States Attorney for the Northern District of California, and moves this Court for an Order sealing the First Superseding Indictment in this matter (and all related arrest warrants issued by the Court) until the arrest of the defendants, or otherwise ordered by the Court.

The United States further requests that the Court order the Clerk of the Court to furnish copies of the arrest warrant to the United States Attorney's Office and to special agents of the Drug Enforcement Administration and the Federal Bureau of Investigation. The United States also requests copies of the sealed indictment.

DATED: February 6, 2007                     Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            TIMOTHY J. LUCEY
                                            Assistant United States Attorney


## ORDER

Good causing appearing therefor, it is hereby ordered that the First Superseding Indictment, the arrest warrants issued in connection thereto, the United States Application to Seal, this Order and all related papers be filed and maintained under seal until the arrest of the defendants, or further order of this Court.

The Clerk of the Court is ordered to furnish copies of the indictment and arrest warrant in this matter to the United States Attorney's Office and to special agents of the Drug Enforcement Administration and the Federal Bureau of Investigation.

DATED: Februrary 6, 2007

                                            _____
                                            HONORABLE MARIA-ELENA JAMES
                                            United States Magistrate Judge

**SEALING APPLICATION AND [PROPOSED] ORDER**
[*United States v. Tamayo, et al.*]