1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234
       E-mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America

**FILED**

FEB 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 06 - 0647 CRB |
| Plaintiff, | UNITED STATES' APPLICATION TO UNSEAL FIRST SUPERSEDING INDICTMENT; [PROPOSED] ORDER |
| v. | |
| DOMINGO TAMAYO, JR., JAVIER TAMAYO, JOSE CAMPOS,  aka Jose-Padilla Campos, JULIO PALOMINOS,  aka Julio Palomares,  aka Jose Palominos,  aka Jose Palomares, CRISTOBOL TAMAYO, RICHARD MORENO, EDWARD SOUZA, and, CAROLINA PALOMARES, | SAN FRANCISCO VENUE |
| Defendants. | |

**UNSEALING APPLICATION AND [PROPOSED] ORDER**
[*United States v. Tamayo, et al.*]

Now comes the United States of America, by and through its counsel, the United States Attorney for the Northern District of California, and moves this Court for an Order unsealing the First Superseding Indictment in this matter (and all related arrest warrants issued by the Court), as the concerns and reasons related to the necessity of the original sealing order for these documents no longer pertain.

DATED: February 14, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

TIMOTHY J. LUCEY
Assistant United States Attorney

## ORDER

Good causing appearing therefor, it is hereby ordered that the First Superseding Indictment, the arrest warrants issued in connection thereto, the United States Application to Seal, this Order and all related papers be unsealed.

DATED: February 15, 2007

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

**UNSEALING APPLICATION AND [PROPOSED] ORDER**
[*United States v. Tamayo, et al.*]