SHARON M. BUNZEL (S.B. #181609)
COLLEEN M. KENNEDY (S.B. #227107)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California  94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant Julio Palominos

[*Names and Addresses of Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>           v.<br><br>JAVIER TAMAYO, et al.,<br><br>                   Defendants. | Case No. CR 06-0647 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 2, 2007 STATUS CONFERENCE TO JUNE 6, 2007** |

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to continue the date of the Status Conference currently scheduled for May 2, 2007 at 2:15 p.m.  Counsel for Defendants are currently in the process of working with the government to obtain the discovery necessary to allow Defendants to properly assess the case and determine what motions, if any, need to be filed.  The parties have therefore mutually agreed that the Status Conference should be continued until June 6, 2007, so as to give the parties sufficient time to complete this process and be able to make more informed representations to the Court.  The undersigned

1  counsel for Defendant Julio Palominos has consulted with all defense counsel, who have
2  consented to and agree with the continuance, and undersigned counsel has been
3  authorized to sign on all Defendants' behalf.
4        The parties further agree to exclude the time period from May 2, 2007
5  through June 6, 2007 from computation under the Speedy Trial Act because of the need
6  for effective preparation of counsel and because of the complexity of the case due to the
7  number of defendants and the nature of the prosecution, specifically, the fact that the
8  government's investigation included Court-authorized wiretaps over several telephone
9  lines during a three-month period.
10                                   Respectfully Submitted,

12 Dated: May 1, 2007        SHARON M. BUNZEL
                                 COLLEEN M. KENNEDY
13                                  O'MELVENY & MYERS LLP

15                                  By: /s/ Colleen M. Kennedy
16                                     Colleen M. Kennedy

17                                  Sharon M. Bunzel (S.B. #181609)
                                 Colleen M. Kennedy (S.B. #227107)
18                                  O'MELVENY & MYERS LLP
                                 Embarcadero Center West
19                                  275 Battery Street, Ste. 2600
                                 San Francisco, CA  94111-3344
20                                  Telephone:    (415) 984-8700
                                 Facsimile:     (415) 984-8701
21                                  Email : sbunzel@omm.com
                                 Email : ckennedy@omm.com

23                                  Attorneys for Defendant Julio Palominos

24                                  *On Behalf of All Defendants*

STIP. AND [PROP.] ORDER CONTINUING
STATUS CONFERENCE
CR 06-0647 CRB

| | | |
|---|---|---|
| 1 | Dated: May 1, 2007 | TIMOTHY J. LUCEY<br>ASSISTANT UNITED STATES ATTORNEY |

By:   /s/  Timothy J. Lucey
          Timothy J. Lucey

AUSA Timothy J. Lucey (S.B. #172332)
ASSISTANT UNITED STATES ATTORNEY
450 Golden Gate Ave., 11th Fl.
San Francisco, CA 94102
Telephone:   (415) 436-7200
Facsimile:    (415) 436-7234
Email :   timothy.lucey@usdoj.gov

Attorney for Plaintiff United States of America

## ORDER

GOOD CAUSE appearing, it is hereby ordered that the Status Conference currently scheduled for May 2, 2007 will be continued to June 6, 2007. The Court further finds that the time period from May 2, 2007 through June 6, 2007 is excluded from computation under the Speedy Trial Act because of the need for effective preparation of counsel and because of the complexity of the case due to the number of defendants and the nature of the prosecution, specifically, the fact that the government's investigation included Court-authorized wiretaps over several telephone lines during a three-month period.

Dated: __May 02_____, 2007

CHARLES R. BREYER

By: _____
U.S. DISTRICT JUDGE
Northern District of California



SF1:671231.2